PHILLIP A. TALBERT
Acting United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00151-DAD-BAM |
| --- | --- |
| Plaintiff, | 1:20-MJ-00116-SAB<br>1:16-CR-00017-DAD-BAM |
| v. | STIPULATION FOR VACATING PRELIMINARY HEARING, SETTING A STATUS HEARING AND CHANGE OF PLEA HEARING, AND EXCLUSION OF TIME; ORDER |
| MICHAEL LOPEZ, | |
| Defendant. | DATE: June 3, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney LAUREL J. MONTOYA, and defendant MICHAEL LOPEZ, both individually and by and through his counsel of record, MEGHAN McLOUGHLIN, hereby stipulate as follows:

1. The Complaint in 1:20-MJ-00116-SAB was filed on October 22, 2020, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on October 29, 2020. The court set a preliminary hearing date of November 12, 2020. The court, by stipulations filed previously, continued the preliminary hearing date to June 3, 2021.

2. Lopez has a Supervised Release Violation pending in 1:16-CR-00017-DAD-BAM that is trailing.

3. An information has been filed in 1:21-cr-00151-DAD-BAM based on the charges in the complaint.

STIPULATION 1

4. By this stipulation:

    a) the parties jointly move to vacate the preliminary hearing set in case 1:20-mj-116-SAB.

    b) The parties jointly move to set the status conference in 1:16-cr-00017-DAD-BAM for July 13, 2021 at 9:00 a.m. before the Hon. Dale A. Drozd.

    c) The parties jointly move to set the matter in 1:21-cr-00151-DAD-BAM for an arraignment and change of plea hearing on July 13. 2021 at 9:00 a.m. before the Hon. Dale A. Drozd.

5. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, plea negotiations, entry of the plea and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**[Remainder of page intentionally left blank]**

6. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between June 3, 2021, and July 13, 2021, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: June 2, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated: June 2, 2021

/s/ MEGHAN McLOUGHLIN
MEGHAN McLOUGHLIN
Counsel for Defendant
MICHAEL LOPEZ

**FINDINGS AND ORDER**

IT IS SO ORDERED.

DATED: June 2, 2021

THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE